AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Idaho [1]

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| TIMOTHY RAY ALLEN JR | ) | 22-mj-10 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 12, 2022, _____ in the county of _____ Kootenai _____ in the _____ District of _____ Idaho _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm: On Jan. 12, 2022, in the District of Idaho, the defendant, TIMOTHY R. ALLEN JR., did knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to-wit: Assault With a Dangerous Weapon, in United States District Court, District of Idaho, case number 3:11-CR-00127-EJL-001; did knowingly possess in and affecting commerce a firearm, to wit; Smith and Wesson Shield M2.0, 9mm Pistol, Serial Number JHH2550, said firearm having been shipped and transported in interstate and foreign commerce. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Edward I. Jacobson, FBI Special Agent
_Printed name and title_

BY RELIABLE ELECTRONIC MEANS

Sworn to before me ~~and signed in my presence.~~

Date: JANUARY 14, 2022
_____

_____
_Judge's signature_

City and state: BOISE, IDAHO

Judge Raymond E. Patricco, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Edward Jacobson, being duly sworn, hereby do depose and state:

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) currently assigned to the Salt Lake City Division, Coeur d'Alene Resident Agency. I have been employed as a Special Agent with the FBI since August 2003. As part of my law enforcement duties, I am statutorily charged with investigating federal criminal violations, including crimes committed on Indian Reservations under special jurisdiction of the United States Government. I have been the investigative case agent involving numerous federal violations to include bank robbery, aggravated assault, sexual assault, child abuse, firearms violations, and drug crime. In the course of these investigations, I have obtained numerous search warrants and arrest warrants.

2.  During my employment as a Special Agent of the FBI, I have training and experience dealing with violent crime investigations and have prepared search warrant affidavits in support of these investigations. I have attended numerous conferences and seminars which have included training in search and seizure techniques, interrogations, witness and defendant statements and confessions, as well as statutory and contemporary case law developments. I have conducted dozens of federal investigations involving aggravated assaults and unlawful possession of a firearm cases in my 18 years of investigating crimes. I graduated from the FBI Academy in Quantico, Virginia, in December 2003. I am a certified Firearms Instructor with the FBI and have been such since 2007. As such, I have extensive knowledge in the operations and types of firearms.

3.  This investigation involves the unlawful possession of a firearm by Timothy Ray ALLEN, Date of Birth April 17, 1992. During this investigation, I have relied on information provided by Coeur d'Alene Tribal Police Department Officer Charlie Thompson. I have known Officer Thompson for over a year and know him to be truthful and honest in cases that I have worked with him.



4. On January 12, 2022, at approximately 2:35 p.m., Officer Thompson was called to the Coeur d'Alene Tribal Court building at 1115 B Street, Plummer, Idaho to the report of a wanted subject at the courthouse. Upon his arrival, Detective Thompson observed Bailiff Paul Nomee laying on top of another individual. The individual was later identified as TIMOTHY RAY ALLEN (ALLEN). ALLEN had multiple outstanding arrest warrants for him which had been issued from the Coeur d'Alene Tribal Court. Bailiff Nomee had already placed ALLEN in handcuffs and was restraining ALLEN when Thompson arrived on scene.

5. Officer Thompson learned from Bailiff Nomee that ALLEN had attempted to flee when Bailiff Nomee detained ALLEN on the arrest warrants. When Nomee was restraining ALLEN from leaving, ALLEN bit Nomee's hand. When Officer Thompson arrived on scene, he took custody of ALLEN and escorted him out to his patrol car. Officer Thompson then conducted a search of ALLEN's person prior to placing him in the patrol car for transport to the Kootenai County Jail in Coeur d'Alene, Idaho. When Officer Thompson searched ALLEN's person, Officer Thompson located a Smith and Wesson 9 mm pistol in the right front pocket of ALLEN's pants. Officer Thompson seized the pistol and then transported ALLEN to the Kootenai County Jail in Coeur d'Alene, Idaho, where he was booked in on the outstanding Arrest Warrants, and additional Coeur d'Alene Tribal Charges.

6. On January 13, 2022, Your Affiant received the Firearm from Officer Thompson. Your Affiant identified the firearm as a Smith and Wesson Shield M2.0, 9mm Pistol, Serial Number JHH2550. Due to Your Affiant's training and experience and from information received from ATF Agent Mario Piergallini, Your Affiant is aware this model of Smith and Wesson handgun is manufactured in Massachusetts and Connecticut and therefore has traveled in interstate commerce to Idaho.

7. Your affiant reviewed the criminal history of ALLEN and as a result of this review determined ALLEN has been convicted of felony criminal violations. The felony convictions include a July 6, 2010, conviction in the 1st District Court in Coeur d'Alene to Eluding a Peace Officer and a November 11, 2011, conviction in Federal Court in Coeur d'Alene to Assault with a Dangerous Weapon.

8. On April 29, 2016, ALLEN was sentenced to 37 months imprisonment and three years supervised release for his guilty plea to one count of 18 USC 922(g)(1), Felon in Possession of a Firearm.

9. Based on the information identified in this affidavit, Your Affiant believes there is probable cause that TIMOTHY RAY ALLEN, date of birth April 17, 1992, was unlawfully in possession of a firearm on January 12, 2022, in the District of Idaho when he was arrested by Coeur d'Alene Tribal Police Department Officer Thompson in violation of 18 USC 922(G)(1), Felon in Possession of a Firearm.

Edward I. Jacobson

Special Agent, FBI

Subscribed and sworn to before me this 14th day of January, 2022, by Edward I. Jacobson.

Judge Raymond E. Patricco

United States Magistrate Judge